No. 624, Misc.  STANDLEY *v.* UNITED STATES, *ante,* p. 917;

No. 818, Misc.  FRANCO *v.* UNITED STATES, *ante,* p. 903;

No. 868, Misc.  MAGEE ET AL. *v.* CALIFORNIA, *ante,* p. 925;

No. 902, Misc.  DANDY *v.* MYERS, CORRECTIONAL SUPERINTENDENT, *ante,* p. 926; and

No. 941, Misc.  KARL *v.* RICHARDSON, WARDEN, *ante,* p. 903.  Petitions for rehearing denied.

MARCH 31, 1964.

No. 745.  GIANT FOOD INC. *v.* FEDERAL TRADE COMMISSION.  On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit.  Dismissed pursuant to Rule 60 of the Rules of this Court.  *Raymond R. Dickey* and *Bernard Gordon* for petitioner.  *Solicitor General Cox* for respondent.

APRIL 6, 1964.

No. 39.  NEW YORK TIMES Co. *v.* SULLIVAN; and

No. 40.  ABERNATHY ET AL. *v.* SULLIVAN, *ante,* p. 254. The motion of respondent for the apportionment of printing costs and fees is denied.  *Sam Rice Baker, M. Roland Nachman, Jr.* and *Calvin Whitesell* on the motion.  *Herbert Wechsler* for New York Times Co., in opposition.

No. 1041, Misc.  COPELAND *v.* SECRETARY OF STATE. On appeal from the United States District Court for the Southern District of New York.  The motion of the appellant to advance is denied.  *Leonard B. Boudin* on the motion.